## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

**IN THE MATTER OF:**

| | |
|---|---|
| **THOMAS R. BRAUN** | **CASE NUMBER:  02-37051** |
| **SSN:  xxx-xx-1863** | **CHAPTER 13** |
| **SHERRIE A. BRAUN** | |
| **SSN:  xxx-xx-8233** | |
| **Debtors** | |

---

## NOTICE TO THOMAS & SHERRIE BRAUN THAT $561.12 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #6047BK

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Dennis & Sherrie Braun, debtors herein, and deposits $561.12 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK

1.    The last known address for Dennis & Sherry Braun was:

19886 Lucinda Street
South Bend, IN 46614

2.    Several of the Standing Chapter 13 Trustee's disbursement checks have been returned with "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster.

3.    Subsequent attempts to locate these debtors were fruitless.

4.    Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated:  _11 20-09_

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on _11-20-09_

By U. S. Mail to the Debtors as follows:

Debtor(s):  Dennis & Sherry Braun, 19886 Lucinda Street, South Bend, IN 46614

By electronic e-mail to the following:

Debtors' Attorney:  Ian Flora
U.S. Trustee

/s/ Debra L. Miller, Trustee
By:  Rosemary Ward-Wilson