.UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

THOMAS R. BRAUN
SSN: xxx-xx-1863
SHERRIE A. BRAUN
SSN: xxx-xx-8233
Debtors

CASE NUMBER: 02-37051
CHAPTER 13

### NOTICE TO THOMAS & SHERRIE BRAUN THAT $2.00 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #106000

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Dennis & Sherrie Braun, debtors herein, and deposits $2.00 into the Court Clerk's Unclaimed Funds Account in Treasury Account #106000.

1. The last known address for Dennis & Sherry Braun was:

   19886 Lucinda Street
   South Bend, IN 46614

2. Several of the Standing Chapter 13 Trustee's disbursement checks have been returned with "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster.

3. Subsequent attempts to locate these debtors were fruitless.

4. Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: 1-19-10

Respectfully Submitted,
/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on ___1-19-10___

By U. S. Mail to the Debtors as follows:

Debtor(s): Dennis & Sherry Braun, 19886 Lucinda Street, South Bend, IN 46614

By electronic e-mail to the following:

Debtors' Attorney: Ian Flora
U.S. Trustee

/s/ Rosemary Ward-Wilson